In the Unites States District Court for the Western District of Washington

John W. Markham
plaintiff

v.

Dept. of the Army
Dr. Keith Havenstrite
co-Defendant

Case 3:25-cv-05212-BHS    Document 1    Filed 03/13/25    Page 1 of 1

FILED ____ LODGED
____ RECEIVED

MAR 13 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Motion to Proceed in Forma Pauperis

I, John W. Markham, respectfully request for leave to file the attached petition to open this civil case without prepayment of costs, to proceed in forma pauperis & for the appointment of pro bono counsel. I have a financial affidavit completed.

Respectfully submitted,

John W. Markham

John W. Markham

3-7-'25