WAWD (Rev. 4/2024) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

Plaintiff: John W. Markham

vs.

Defendant(s): U.S. Dept. of the Army; Dr. Keith Havenstrite

Case Number: 3:25 CV-5212 BHS

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) John W. Markham declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is briefly stated as follows: 1) contract fraud, 2) discrimination, 3) defamation, 4) wrongful termination, 5) theft of $27,403.

FILED ____ LODGED ____ RECEIVED
MAR 25 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☑ Yes  Total amount of net monthly salary (take home pay) $ 1500
Name and address of employer: Randy Kuehl Honda, Cedar Rapids, IA

☐ No  Date of last employment _____ Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed? ☑ Not married

☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____
Name and address of employer _____

☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment  $ 0
   b. Income from rent, interest or dividends  $ 8000
   c. Pensions, annuities or life insurance payments  $ 0
   d. Disability, unemployment, workers compensation or public assistance  $ 0
   e. Gifts or inheritances  $ 0
   f. Money received from child support or alimony  $ 0
   g. Describe any other source of income  N/A  $ 0

Page 1 of 2

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 0    Checking Account $ 29,000    Savings Account $ 4,000

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes
☐ No

I own 1/2 home w/ my sister. 2003 Toyota 4-Runner

$ 190,000

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☒ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Food, utilities, insurance, property tax, maintenance on home, car, gas

$ 1900

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I am a 62 y.o. male with no legal or medical history.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: (Date) 3-21-'25    Signature of Plaintiff (Required) [signed]

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) John W. Markham

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

Executed on: (Date) 3-21-'25    Signature of Plaintiff (Required) [signed]

John W. Markham
4523 Sylas Ave NE
Cedar Rapids, IA 52402

U.S. POSTAGE PAID
FCM LETTER
CEDAR RAPIDS, IA 52402
MAR 21, 2025
$4.85
S2324H500415-15

98402

9589 0710 5270 1721 8724 30

U.S. District Court
for the Western District of Washington
Attn: Clerk's Office
Room 3100
1717 Pacific Ave.
Tacoma, WA 98402

FILED ___ LODGED
___ RECEIVED
MAR 25 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

98402-323475

