In the U.S. District Court for the
Western District of Washington

Financial Affidavit & Application for the
Appointment of Pro Bono Counsel

John W. Markham
  plaintiff

  v.

Dept. of the Army
Dr. Keith Havenstrite
  co-defendant

FILED ___ LODGED ___ RECEIVED
MAR 13 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

In support of my application for counsel & under penalty of perjury, the undersigned states:
John W. Markham; DOB= [redacted]
Home phone= 3193935140; cell #= 3194515759
email= jwmcpa1@gmail.com
address= 4523 Sugar Pine Dr. NE Cedar Rapids, IA 52402

I work at Randy Kuehl Honda in Cedar Rapids, Iowa. I earn ~ $1500 per month. I have about $35,000 in my savings & checking account. I earn ~ $650 per month from my CD's. I own a 2003 Toyota 4-Runner. I own 1/2 of my house with my sister, which is worth ~ $184,000. I have no pension, no other income or assets.

I promise, under penalty of perjury that the statements I make in this application are true & that I am unable to pay for an attorney to represent me.

3-7-'25

John W. Markham
John W. Markham

```
COLLINS COMMUNITY CU                                319-393-9000
1150 42ND ST NE
P O BOX 10500
CEDAR RAPIDS    IA  52410-0500
```


```
                                              03-01-10  03-31-10

    JOHN W MARKHAM            LN52402
    MICHAEL J MARKHAM
    4523 SUGAR PINE DR NE                       ---
    CEDAR RAPIDS IA  52402-2221                 ---
```


```
03 01 0 SHARE SAVINGS                    PREVIOUS BALANCE     82658
03 31 0 DIVIDEND EARNED 03-01-10 THRU 03-31-10        028     82686
        .40 ANNUAL PERCENTAGE YIELD EARNED 03-01-10 THRU 03-31-10
03 31 0                                  NEW SHARE BALANCE    82686

03 01 0 SHARE DRAFT BASIC                PREVIOUS BALANCE   10636460
03 01 0 EFT CC PMT TRANSF                          87251-   10549209
03 01 0 WITHD DFT     1247   TRACE         0       15000-   10534209
03 30 0 SHR DRAFT     1248   TRACE  998020982    2740300-    7793909
03 31 0                                  NEW SHARE BALANCE   7793909
         * * * *    DRAFT NUMBER SEQUENCE SUMMARY  * * * *
    1247         150.00     1248       27403.00
    * BREAK IN DRAFT NUMBER SEQUENCE

03 01 0 0035536 48 MO CERT               PREVIOUS BALANCE   10504443
03 31 0 DIVIDEND                                  102310    10606753
03 31 0 MATURE 04-08-12  3.950           NEW CERT. BALANCE  10606753

03 01 0 0037114 48 MO CERT               PREVIOUS BALANCE   10563348
03 31 0 DIVIDEND                                  115907    10679255
03 31 0 MATURE 10-06-12  4.450           NEW CERT. BALANCE  10679255
```

*handwritten:* 3/30/2010  $27,403.00

```
----------- ******* 2010 YEAR-TO-DATE FINANCIAL SUMMARY ******* -------------
    DIV/INT    DIV/INT     MORTGAGE    MORTGAGE    MORTGAGE    OTHER NON-MTG
      PAID   WITHHOLDING    POINTS    LATE CHG  FINANCE CHG   FINANCE CHG
    2182.98     0.00         0.00       0.00       0.00         0.00
```

MARK YOUR CALENDAR- CCCU'S 70TH ANNUAL MEMBERSHIP MEETING IS
ON SUN. APRIL 25TH, 2010 AT THE CEDAR RAPIDS MARRIOTT.
DOORS WILL OPEN AT 3:15 P.M. WITH THE BUSINESS MEETING
BEGINNING AT 4:00 P.M.