US District Court
Western District of Washington
At Tacoma

John W. Markham
plaintiff

v.

US Dept. of the Army et al
Defendants

Case no. 3:25-cv-05212-BHS

## Motion to show Cause

The plaintiff pleads with the court to consider my IFP motion, not isolated on terms of initial filing fees, but in connection to the motion to appoint pro bono counsel & the overall cost to litigate a legitimate case against the Dept. of the Army. It would be unwise for anyone to initiate such a case if by doing so would incur financial hardship by the cost of the initial filing fees, not even considering the cost of the litigation.

Additionally, these matters concern several criminal acts against the plaintiff, for which the plaintiff seeks civil remedy. Criminal acts of the theft of $27,403.00, contract fraud, discrimination, wrongful termination & defamation.

Three different governmental agencies investigated these matters; 1) The Defense Health Agency 2) The Attorney General of Texas & 3) Army CID. These investigations has confirmed my claims & have given me a right to sue.

4-5-2025

next page →

John W Markham
[signature]

pg. 2

US District Court
Western District of Washington
At Tacoma

John W. Markham
  plaintiff

V.

U.S. Dept. of the Army
  Defendants et al

Case No: 3:25-cv-05212-BHS

## Motion to Show Cause

It would seem, therefore, that the burden of paying for this litigation should fall to the perpetrators of these crimes, rather than the victim.[1]

I am a 42 year old male with no legal or medical history. I am on a very limited income. My 22 year old vehicle needs to be replaced & my house (that I own ½ of with my sister) desperately needs some repairs that will prove challengingly difficult to meet.

Consequently, the plaintiff pleads with the court to grant the IFP & appoint pro bono counsel so that justice will finally be served.

Respectfully submitted,

*John W. Markham*

John W. Markham

4-5-'25

---
[1] Please see 28 US Code 2412, 1920 & Equal Access to Justice Act (EAJA)



John W. Markham
4523 Sugar Arve Dr. N.E.
Cedar Rapids, IA 52402

US District Court
Western District of Washington
Attn: Office of the Clerk
1717 Pacific Ave, Room 3100
Tacoma, WA 98402

APR 14. 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

U.S. POSTAGE PAID
FCM LETTER
HIAWATHA, IA 52233
APR 07, 2025
$5.13

RDC 99

CERTIFIED MAIL

9589 0710 5270 1808 3598 47