U.S. District Court
Western District of Washington
At Tacoma

John W. Markham
       Plaintiff
v.
U.S. Department of the Army
       et al.,
       Defendants

Case No: 3:25-cv-05212-BHS

Re: Report & Recommendation

Objection to Denied IFP Motion

The claims that this complainant brought before this court, were brought under the False Claims Act (FCA). See 31 USC 3729-3733.

In part, this complainant submitted to this court an "amended contract." This "amended contract" was entirely fraudulent, except that this "amended contract" contained the original, valid contract number that this complainant held as the sole proprietor.

In addition, the FCA allows private citizens to file qui tam suits without costs, fees & expenses. See 31 USC 3730.

Consequently, this complainant pleads with this court to grant the IFP motion, the motion to appoint pro bono counsel, & the motion for summary judgement on the theft of $27,403.00

Respectfully submitted,

John W. Markham

John W. Markham

5-7-'25

John W. Markham
41823 Sugar Pine Dr NE
Cedar Rapids, IA 52402

FILED ___ LODGED
___ RECEIVED

MAY 13 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY

U.S. District Court
Western District of Washington
Attn: Clerk of Court
1717 Pacific Ave.
Room 3100
Tacoma, WA 98402

98402-320099

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

U.S. POSTAGE PAID
FCM LETTER
CEDAR RAPIDS, IA 52402
MAY 08, 2025

**$4.85**

S2324H500415-53