**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Western Washington

File Number 3: 25-cv-05212-BHS

|  |  |
|---|---|
| John W. Markham )<br>      *Plaintiff,* )<br>v.                                            )<br>                                               )<br>U.S. Dept of the Army et al     )<br>                                               )<br>      *Defendant.*                    ) | Notice of Appeal |

FILED ____ LODGED<br>____ RECEIVED<br>JUN 0 2 2025<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON AT TACOMA<br>BY ____ DEPUTY

Notice is hereby given that John W. Markham , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 9th Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 20th day of May , 20 25 .

5-26-2025

/s/ *[signature]*

Attorney for pro se litigant
Address: _____

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants

John W. Markham
4523 Sgn Ave Dr. N.E.
Cedar Rapids, IA 52402

U.S. District Court
Western District of Washington
Attn: Office of the Clerk
1717 Pacific Ave.
Room 3100
Tacoma, WA 98402

US POSTAGE PAID
FCM LETTER
CEDAR RAPIDS, IA 52402
MAY 27 2025
$4.85
R2305A500374-40

CERTIFIED MAIL